**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CLAY COUNTY PORT, INC.,

    Plaintiff,

vs.                                                   Case No. 3:07-cv-828-J-34JRK

M/V ENDEAVOR, her engines,
tackle, apparel, etc., *In Rem*,

    Defendant.

_____/

## **ORDER**[1]

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 91; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on August 6, 2009. In the Report, Magistrate Judge Klindt recommended that the Court deny the Motion for Entry of Order on Charging Lien (Dkt. No. 80) and the Renewed Motion for Entry of Order on Charging Lien (Dkt. No. 81). See Report at 14. Mr. Blau has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 91) is **ADOPTED** as the opinion of the Court.

2. The Motion for Entry of Order on Charging Lien (Dkt. No. 80) is **DENIED**.

3. The Renewed Motion for Entry of Order on Charging Lien (Dkt. No. 81) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of September, 2009.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Alexander McLaren
1904 7th Street
Anacortes, Wasington 98221